DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

C.F. and T.F., as parents and legal guardians for
N.F., minor child,

Appellants,

v.

ALL CHILDREN'S HOSPITAL, INC.; BOB GUALTIERI, in his
official capacity as Sheriff of Pinellas County; ECKERD
YOUTH ALTERNATIVES, INC. d/b/a ECKERD COMMUNITY
ALTERNATIVES; DIRECTIONS FOR MENTAL HEALTH, INC.
d/b/a DIRECTIONS FOR LIVING; OPERATION PAR, INC.;
COMMUNITY ACTION STOPS ABUSE, INC.; and
SUNCOAST CENTER, INC.,

Appellees.

No. 2D2024-2241

_____

January 28, 2026

Appeal from the Circuit Court for Pinellas County; Patricia A. Muscarella,
Judge.

Jonathan A. Martin and John S. Mills of Bishop, Page & Mills, PLLC,
Jacksonville, and Howard M. Talenfeld and Stacie J. Schmerling of
Talenfeld Law, Plantation, for Appellant.

Philip E. Glatzer and Maritza Pena of Marlow Adler Abrams & Rotunno,
Coral Gables, for Appellee Eckerd Youth Alternatives.

Nicole E. Durkin, Senior Associate Counsel, Largo, for Appellee Bob
Gualtieri, in his official capacity as Sheriff of Pinellas County.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.